# UNITED STATES DISTRICT COURT
for the
District of Vermont

HENRI NELSON ARIZAGA GONZALEZ

*Petitioner(s)*

v.

TODD LYONS, Acting Director U.S. Immigration and
Customs Enforcement; MARKWAYNE MULLIN,
Secretary of the U.S. Department of Homeland Security;
DAVID WESLING, Acting Director of Boston Field
Office, U.S. Immigration and Customs Enforcement;
GREG HALE, Superintendent of Northwest State
Correctional Facility

*Respondent(s)*

)
)
)
)
)
)
)
)
)

Civil Action No.   2:26-cv-102

# JUDGMENT IN A CIVIL ACTION

☐   **Jury Verdict.**

☑   **Decision by Court.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the court's oral ruling at the hearing held on April 23, 2026, the Amended Petition for Writ of Habeas Corpus (Document 13) is GRANTED IN PART and remaining claims are DISMISSED AS MOOT. JUDGMENT is entered for petitioner Henri Nelson Arizaga Gonzalez, against respondents Todd Lyons, Markwayne Mullin, David Wesling and Greg Hale.

Date:   May 5, 2026

*JEFFREY S. EATON*
*CLERK OF COURT*

JUDGMENT ENTERED ON DOCKET
DATE ENTERED:   5/5/2026

*/s/ Lisa A. Wright*

*Signature of Clerk or Deputy Clerk*